UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Danziger,

                       Plaintiff(s),

        -against –

TransUnion, LLC, et al.,

                       Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:22-CV-03433 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled **(as only to Defendant Trans Union, LLC)**, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs **(as only to Defendant Trans Union, LLC)**; provided, however, that if settlement is not consummated within sixty days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: July 18, 2022
      White Plains, New York

                                                  _____
                                                  CATHY SEIBEL, U.S.D.J.